IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Larry Shoemaker,

    Plaintiff(s),

vs.

Commissioner of Social Security,

    Defendant(s).

Case Number: 1:17cv205

Judge Susan J. Dlott

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on May 15, 2018 (Doc. 12), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 29, 2018, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant's decision is found to be supported by substantial evidence, and is AFFIRMED. Plaintiff's motion for Sentence Six Remand (Doc. 10) is DENIED.

This case is hereby TERMINATED from the Court's docket.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court